To The Honorable: Judge Valerie E Caproni        From: Peter M Schifano
United States District Court for the
Southern District of New York:

2/07/2019

My name is Peter M Schifano,
I am a 61 year old male, and have been working for the past 3 Years for the IKEA corporation as a Metro Lead Installation specialist. For most of my adult life, I have had the privilege of growing up under the caring and watchful eye of my older brother Vincent P Schifano.
In those years past and until present we have shared many life's experiences together, and for as long as I can remember, My older brother was always someone I could look up to, and seek his wisdom and guidance in so many instances.
Vincent was always there for us all, as 1 of 4 siblings I can attest to the fact that having an older brother to lean on was a great experience.
Having known my brother for all of my adult life, It has been hard to belive that he could ever be involved in any kind of criminal activity.
We had been involved in the Building of Church of God and were the music ministers in both the Church, and for outreach centers such as Correctional facilities, soup kitchens, old folks homes and various Churches throughout the NY Metro area, we ministered in song and the spreading of good cheer for those less fortunate through the word of GOD!
Vincent was always the quintessential family man and had a great acumen in business.
I am aware that he has pled guilty, and is facing serious charges for Money Laundering.
In my conversations with him over this turn of events, he has assured me of the gravity of the charges he is facing.
He understands that he made a tremendous error in judgment. After pleading guilty for his actions, he has assured me that he would never make this mistake again.
Vincent is beyond remorseful, this experience has changed his life in so many ways.
Since his incarceration we have all taken on his Worldly and financial burdens .
He has lost everything near and dear to him.
Vincent was the caretaker of our Beloved Father, who now at 91 years of age is in bewilderment of how this could possibly happen, it has taken it's toll on Pop as well.
Vincent's health is also an issue, as a 2 time cancer survivor he is now showing symptoms and signs of failing health and is in need of Urgent medical treatment.
My Brother has not had any prior problems with the Law. No prior convictions.
At his current age of 62, he still has many productive years in front of him, time to heal.
Time to spend with his ailing Father, his Family, his Children...
He has admitted to doing wrong, but can and will become a productive member of society having learned a hard lesson indeed.
So in light of his Time served in Good Behavior and for the sake of all we hope for him,
I am asking you in your merciful and just wisdom for leniency in your sentence on him.
he truly is a good man who has made a terrible mistake and has already paid a heavy price.
Sincerely
Peter M Schifano

*Peter M Schifano*

March 17, 2019

To: Honorable Judge Valerie E. Caproni
From: Vincent Schifano

████████████████

Dear Judge Caproni,

    My name is Vincent Schifano and I am the son of Vincent Schifano. My father and I have a close relationship and I have been having a difficult time with his absence. The situation has been a shock.

    My wife and I recently learned that we are expecting our fourth child. My first thought upon receiving this news, was that my father might not be able to meet the baby. He has met every one of his grandchildren within a few days of their birth, and I pray that he is able to meet his newest grandchild and attend the baptism with our family.

    Thank you for giving me the opportunity to write on his behalf.

Sincerely,

Vincent Schifano

*[signature]*