# GENNARO CARIGLIO JR., P.L.

**8101 BISCAYNE BOULEVARD • PENTHOUSE 701 • MIAMI, FL 33138**
TEL (305) 899-0438
FAX (305) 373-3832

---

August 26, 2020

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 443
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020
```

**MEMO ENDORSED**

Re:   *U.S. v. Vincent Schifano*, 18-cr-262 (VEC)

Your Honor:

The defense moves this Court for permission to redact portions of Mr. Schifano's Motion for Compassionate Release on the public docket and seal the original motion. Specifically, the defense is requesting to redact the portions of the motion that relate to Mr. Schifano's medical history, a part of Exhibit A which mentions his medical history and release address and to redact Exhibit B, which are Mr. Schifano's medical records.

Counsel has spoken with counsel for the government, AUSA Matthew Laroche, who advised that the government has no objection to filing the portions of the motion that relate to Mr. Schifano's medical history under seal and to counsel redacting references to Mr. Schifano's medical history in the publicly filed version.

Sincerely yours,

s/Gennaro Cariglio
Gennaro Cariglio Jr., Esq.
Atty. for Vincent Schifano

---

The request to redact Mr. Schifano's medical records and references in the brief to Mr. Schifano's medications is granted. References in the brief to Mr. Schifano's various conditions should not be redacted, however, as such information is critical to a decision on compassionate release and is frequently discussed in published decisions. Mr. Schifano's counsel is directed to refile a redacted memorandum of law that is consistent with this Order, no later than **August 28, 2020.** The Government is directed to respond and to file under seal Mr. Schifano's medical and disciplinary records for the past two years, no later than **September 25, 2020.** Mr. Schifano's reply is due by **October 9, 2020.**

SO ORDERED.        Date: 08/26/2020

*/s/ Valerie Caproni/*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE