

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 3, 2021

Via ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

Re:   United States v. Gomez and Younes Arboleda, 18 Cr. 262 (VEC)

Dear Judge Caproni:

The parties jointly write pursuant to the Court's August 17, 2021 Order, in response to the issues discussed at the last status conference in this matter, and to further update the Court since the Government's last update letter of October 29, 2021. (Dkts. 86, 87, 89). Since the Government's last update, the Government has produced an additional approximately 100 draft transcripts to the defense, including transcripts of two additional in-person meetings. The Government anticipates producing transcripts from the remaining in-person meetings in the next two weeks. The defendants report that they are continuing to review the transcripts produced by the Government and continuing to consider potential motions. The parties will be prepared to discuss these issues at the next status conference in this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Jason A. Richman
Jason A. Richman
Benjamin Woodside Schrier
Kyle Wirshba
Assistant United States Attorneys
(212) 637-1062 / 2589 / 2493

cc:   Defense counsel (by ECF)