USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/07/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 3, 2021

Via ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

      Re:    **United States v. Gomez and Younes Arboleda**, 18 Cr. 262 (VEC)

Dear Judge Caproni:

      The parties jointly write pursuant to the Court's August 17, 2021 Order, in response to the issues discussed at the last status conference in this matter, and to further update the Court since the Government's last update letter of October 29, 2021. (Dkts. 86, 87, 89). Since the Government's last update, the Government has produced an additional approximately 100 draft transcripts to the defense, including transcripts of two additional in-person meetings. The Government anticipates producing transcripts from the remaining in-person meetings in the next two weeks. The defendants report that they are continuing to review the transcripts produced by the Government and continuing to consider potential motions. The parties will be prepared to discuss these issues at the next status conference in this matter.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/ Jason A. Richman
       Jason A. Richman
       Benjamin Woodside Schrier
       Kyle Wirshba
       Assistant United States Attorneys
       (212) 637-1062 / 2589 / 2493

cc:    Defense counsel (by ECF)

The pretrial conference, currently scheduled for Thursday, December 16, 2021 at 2:30 P.M., is adjourned to **Thursday, January 27, 2022 at 2:00 P.M.**  The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.  A joint status update in advance of the conference is due no later than **Friday, January 21, 2021**.

The Court reminds the parties that any pre-trial motions are due no later than **Friday, January 14, 2022**, responses in opposition are due no later than **Friday, February 11, 2022**, and replies in support are due no later than **Friday, February 25, 2022**. *See* Order, Dkt. 86.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), time is excluded until January 27, 2022 because the ends of justice served by excluding time outweigh the best interest of the public and the Defendants in a speedy trial given the volume of discovery and the logistical difficulties of reviewing discovery and trial preparation caused by COVID-19.

SO ORDERED.

*[signature]*　　Date: December 7, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE