# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

January 11, 2022

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Vincent Schifano
    18 Cr. 262 (VEC)

Dear Judge Caproni:

I represented Mr. Vincent Schifano in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 47.4 hours, nunc pro tunc to May 7, 2018, assisting me in this matter. Much of that time involved communication with family, visiting Mr. Schifano at the MCC, and work on his sentencing submission. None of Ms. Perillo's work was duplicative.

Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $110.00 for associate time spent representing Mr. Schifano in this matter. Thank you very much.

Sincerely,

Jeremy Schneider

JS/sc