USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
: 18-CR-262 (VEC)
-against- :
: ORDER
VINCENT SCHIFANO, :
Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 18, 2023, Mr. Schifano, acting through counsel, filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c), and filed Mr. Schifano's medical records under seal, Dkt. 188;

IT IS HEREBY ORDERED that the Government must respond to Mr. Schifano's motion and file his full prison disciplinary records by no later than **May 3, 2023**.

IT IS FURTHER ORDERED that Mr. Mahon's reply in support of his motion for compassionate release is due no later than **May 17, 2023**.

**SO ORDERED.**

Date: April 19, 2023
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**