```
 NERBD              *        INMATE DISCIPLINE DATA          *     05-01-2023
PAGE 001 OF 001  *       CHRONOLOGICAL DISCIPLINARY RECORD   *     14:10:56

REGISTER NO: 17437-104 NAME..: SCHIFANO, VINCENT
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-01-2023












G5401         DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```